UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BEACHSIDE PRODUCE, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN TREE INTERNATIONAL, INC., a corporation; JOHN M. RAST, an individual; CARY D. CRUM, an individual,<br><br>Defendants. | CASE NO. 1:15-CV-00392-MJS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[F.R.Civ.P. 41(a)(1)(A)(i)] |

Having read and considered the Notice of Dismissal filed by Plaintiff BEACHSIDE PRODUCE, LLC, a limited liability company,

IT IS HEREBY ORDERED this matter to be dismissed in its entirety as to all Defendants, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   April 14, 2015                    /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28